UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-142 |
| v. ) | |
| ) | COLLIER / LEE |
| JERRY RAY TYLER, JR. ) | |
| ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Five and Eight of the twenty-seven-count Indictment; (2) accept Defendant's plea of guilty to Counts Five and Eight of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Five and Eight of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 22). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 22) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Five and Eight of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts Five and Eight of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Five and Eight of the Indictment;

(4)  A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)  Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, June 6, 2013 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

          **/s/**
          **CURTIS L. COLLIER**
          **UNITED STATES DISTRICT JUDGE**